IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01850-OES

JASON THOMAS ARMSTRONG,

    Plaintiff,

v.

SHERIFF OF TERREBONNE PARISH, and
MEDICAL CONTRACTOR FOR T.P.C.J.C.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's motion for discovery, filed by the Court on October 19, 2005, is DENIED as premature.

Dated: October 21, 2005

Copies of this Minute Order mailed on October 21, 2005, to the following:

Jason Thomas Armstrong
Prisoner No. 108503
Arrowhead Corr. Center
PO Box 300
Canon City, CO 81215- 0300

                              Secretary/Deputy Clerk