IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01850-OES

JASON THOMAS ARMSTRONG,

    Plaintiff,

v.

SHERIFF OF TERREBONNE PARISH, and
MEDICAL CONTRACTOR FOR T.P.C.J.C.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2005

GREGORY C. LANGHAM
                   CLERK

## ORDER OF TRANSFER

Plaintiff Jason Thomas Armstrong is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Four Mile Correctional Center in Cañon City, Colorado. He has submitted *pro se* an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (Supp. 2005) and 28 U.S.C. § 1343(a)(3) (1993) challenging the conditions of his confinement. He has been granted leave to proceed without an initial partial filing fee pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (Supp. 2005).

The Court must construe the complaint liberally because Mr. Armstrong is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the complaint and the action will be transferred to the United States District Court for the Eastern District of Louisiana (Eastern District of Louisiana).

Mr. Armstrong is suing Defendants located in Houma, Louisiana. Mr. Armstrong claims that the sheriff of the Terrebonne Parish and the medical contractor for the Terrebonne Parish Criminal Justice Complex denied him medical treatment for injuries and subjected him to unsafe conditions of confinement. These claims allegedly arose from his incarceration at the Terrebonne Parish Criminal Justice Complex in Houma.

Venue appears to be improper. Venue is proper only in a judicial district where the defendants reside or a substantial part of the events giving rise to the plaintiff's claims occurred. 28 U.S.C. § 1391(b) (Supp. 2005). Because all of the Defendants reside in Louisiana and the events giving rise to Plaintiff's claims occurred in Louisiana, venue is improper in this Court. Therefore, in the interest of justice, the Court will transfer this action to the district court in the Eastern District of Louisiana. *See* 28 U.S.C. § 1406(a) (1993). Accordingly, it is

ORDERED that the clerk of the Court transfer the instant amended complaint and action to the United States District Court for the Eastern District of Louisiana.

DATED at Denver, Colorado, this 16 day of Nov., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01850-OES

Jason Thomas Armstrong
Prisoner No. 108503
Four Mile Corr. Facility
PO Box 200
Canon City, CO 81215-0200

    I hereby certify that I have mailed a copy of the     **ORDER** to the above-named individuals on 11/16/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk